1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ARTHUR WEEKS,                      ) NO. CV 09-7589-DMG (MAN)
                                       )
12              Petitioner,            )
                                       )
13      v.                             ) ORDER ACCEPTING FINDINGS AND
                                       )
14  DARREL G. ADAMS,                   ) RECOMMENDATIONS OF UNITED STATES
                                       )
15              Respondent.            ) MAGISTRATE JUDGE
    _____)
16

17

18      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition

19  for Writ of Habeas Corpus ("Petition"), all of the records herein, the

20  Report and Recommendation of United States Magistrate Judge ("Report"),

21  and petitioner's Objections to the Report.  The Court has conducted a *de*

22  *novo* review of those portions of the Report to which objections have

23  been stated in writing.  The Court accepts the findings and

24  recommendations set forth in the Report.

25

26      IT IS ORDERED that:  (1) the Petition is denied; and (2) Judgment

27  shall be entered dismissing this action with prejudice.

28

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   February 6, 2012

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2