**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR WEEKS, ) | NO. CV 09-7589-DMG (MAN) |
| )  Petitioner, ) | |
| v. ) | JUDGMENT |
| ) DARREL G. ADAMS, ) | |
| )  Respondent. ) | |
| _____) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 6, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE